# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JIMMY WILLIAMS,**
Appellant,

v.

**SCHUWAND MAXIME,**
Appellee.

No. 4D18-389

[August 9, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael Davis, Judge; L.T. Case No. DVCE 17-009591.

Jimmy Williams, Dania Beach, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, LEVINE and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***